IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| FRANCIS MARTINEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KOHL'S DEPARTMENT STORES, INC., )<br>)<br>Defendant. ) | Case No. 2:16-cv-246-JD-JEM |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff, Francis Martinez, and the defendant, Kohl's Department Stores, Inc., hereby stipulate to the dismissal of this action with prejudice, with the parties to bear their own costs and attorneys' fees.

Dated: February 23, 2017

Respectfully submitted,

/s/ George T. Blackmore
George T. Blackmore
Chastain & Afshari, LLP
21411 Civic Center Drive, Suite 2200
Southfield, Michigan 48076

**Attorneys for Plaintiff**

/s/ John C. McIlwee
John C. McIlwee
Baker & Hostetler LLP
191 North Wacker Drive, Suite 3100
Chicago, Illinois 60606

**Attorneys for Defendant**